```
1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   SHARON M. BUNZEL (S.B. #181609)
    sbunzel@omm.com
3   ANDREW M. LEVAD (S.B. #313610)
    alevad@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
5   San Francisco, California 94111-3823
    Telephone:   (415) 984-8700
6   Facsimile:   (415) 984-8701

7   Attorneys for Plaintiff
    APPLE INC.
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIMON LANCASTER, an individual,<br><br>　　　　　Defendant. | Case No.<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES [FED. R. CIV. P. 7.1] [CIV. L.R. 3-15]** |

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Plaintiff Apple
2  Inc., by and through its undersigned counsel, hereby states that Apple Inc. is a publicly traded
3  corporation.  Apple Inc. does not have a parent corporation and is not aware of any publicly held
4  corporations owning 10 percent or more of its stock.

Respectfully submitted,

Dated:  March 11, 2021          **O'MELVENY & MYERS LLP**

  /s/ David R. Eberhart
David R. Eberhart
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
E-mail: deberhart@omm.com

*Attorney for Plaintiff Apple Inc.*