AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| APPLE INC., a California corporation <br><br> *Plaintiff(s)* <br> v. <br> SIMON LANCASTER, an individual, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-cv-01707-NC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Simon Lancaster
4833 Kingridge Dr.,
San Jose, California 95124

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David R. Eberhart
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 3/11/2021

*Susie F. Barrera*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-01707-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of California

Case Number: 521 CV 01707 NC

Plaintiff:
**Apple Inc., a California Corporation**

vs.

Defendant:
**Lancaster, Simon an Individual**

Received by Serving by Irving on the 12th day of March, 2021 at 8:22 am to be served on **Simon Lancaster, An Individual, 2264 Samaritan Dr., San Jose, CA 95124.**

I, Joe Bly, being duly sworn, depose and say that on the **12th day of March, 2021 at 9:20 am, I:**

I served the following documents **Summons; Complaint; Civil Cover Sheet; Plaintiff's Corporate Disclosure Statement and Certificate of Interested Parties; Standing Order for All Judges of The Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction; Civil Standing Order Magistrate Judge Nathanael M. Cousins; Settlement Conference Standing Order Magistrate Judge Nathanael M. Cousins; Civil Case Standing Order Re: Self-Represented Litigants; Notice of Electronic Filing**

I personally served the following person at the address, date and time stated: **Simon Lancaster, An Individual, 2264 Samaritan Dr., San Jose, CA 95124,**

**Description** of Person Served: Age: 30s, Sex: m, Race/Skin Color: cauc, Height: 6'2", Weight: 160, Hair: brown, Glasses: y

Under penalty of perjury I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the State of California, County of Santa Clara.

A notary public or other officer completing this verifies only the identity of the individual who signed the document and not the truthfulness, accuracy, or validity of the document
State of California    County of Santa Clara

Subscribed and Sworn to (or affirmed) before me on the 12th day of March, 2021 by

Joe Bly

who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

NOTARY PUBLIC

Joe Bly
979

Serving by Irving
233 Broadway, Ste 2201
New York, NY 10279-0815
(212) 233-3346

Our Job Serial Number: COP-2021002775
Service Fee: _____



MICHAEL MEZZETTI
Comm. No. 2272968
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Dec. 24, 2022

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V7.2g