Scott R. Raber (SBN 194924)
scott.raber@rimonlaw.com
Matthew H. Poppe (SBN 177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA  94025
Telephone:   415.693.9208

*Attorneys for Defendant*
*SIMON LANCASTER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMON LANCASTER, an individual,<br><br>Defendant. | CASE NO.: 3:21-cv-01707-EMC<br><br>**NOTICE OF APPEARANCE BY SCOTT R. RABER ON BEHALF OF DEFENDANT SIMON LANCASTER**<br><br>Hon. Edward M. Chen |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that Scott R. Raber of RIMON, P.C., hereby enters an appearance as counsel for Defendant Simon Lancaster in the above-referenced action.  Please serve said counsel with all pleadings and notices in this action.

> Scott R. Raber (SBN 194924)
> scott.raber@rimonlaw.com
> RIMON, P.C.
> 800 Oak Grove Avenue, Suite 250
> Menlo Park, CA  94025
> Telephone:    415.693.9208

Dated:  March 31, 2021                                        **RIMON, P.C.**


*/s/ Scott R. Raber*_____
Scott R. Raber (SBN 194924)
scott.raber@rimonlaw.com
Matthew H. Poppe (SBN 177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA  94025
Telephone:    415.693.9208
**Attorneys for Defendant
SIMON LANCASTER**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

/s/ Scott R. Raber
Scott R. Raber