1  Scott R. Raber (SBN 194924)
2  scott.raber@rimonlaw.com
   Matthew H. Poppe (SBN 177854)
3  matthew.poppe@rimonlaw.com
   RIMON P.C.
4  800 Oak Grove Avenue, Suite 250
   Menlo Park, CA  94025
5  Telephone:  415.693.9208
6  *Attorneys for Defendant*
   **SIMON LANCASTER**
7

8  DAVID R. EBERHART (SBN 195474)
   deberhart@omm.com
9  SHARON M. BUNZEL (SBN 181609)
   sbunzel@omm.com
10 ANDREW M. LEVAD (SBN 313610)
11 alevad@omm.com
   O'MELVENY & MYERS LLP
12 Two Embarcadero Center, 28th Floor
   San Francisco, California  94111-3823
13 Telephone: +1 415 984 8700
   Facsimile: +1 415 984 8701
14 *Attorneys for Plaintiff*
   **APPLE INC.**
15

16

17            UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19                SAN FRANCISCO DIVISION

20

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO.: 3:21-cv-01707-EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| SIMON LANCASTER, an individual, | Hon. Edward M. Chen |
| Defendant. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Apple Inc. ("Apple") and Defendant Simon Lancaster ("Lancaster"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Apple personally served Lancaster with its Summons and Complaint on March 12, 2021;

WHEREAS, Lancaster currently has until April 2, 2021 to respond to the Complaint;

WHEREAS, Lancaster has requested and Apple has consented to an additional thirty (30) days for Lancaster to respond to the Complaint;

WHEREAS, an additional thirty (30) days for Lancaster's response will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Lancaster shall respond to Apple's Complaint on or before May 3, 2021.

Dated:  March 31, 2021

**O'MELVENY & MEYERS, LLP**

By: */s/ David R. Eberhart*
DAVID R. EBERHART (SBN 195474)
deberhart@omm.com
SHARON M. BUNZEL (SBN 181609)
sbunzel@omm.com
ANDREW M. LEVAD (SBN 313610)
alevad@omm.com
O'MELVENY & MEYERS, LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone: 415-984-8700
Facsimile: 415-984-8701
**Attorneys for Plaintiff
APPLE INC**.

---

1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
*Apple Inc. v. Lancaster,* Case No. 3:21-CV-01707-EMC

Dated:  March 31, 2021  **RIMON, P.C.**

*/s/ Scott R. Raber*
Scott R. Raber (SBN 194924)
scott.raber@rimonlaw.com
Matthew H. Poppe (SBN 177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA  94025
Telephone: 415-693-9208
**Attorneys for Defendant
SIMON LANCASTER**

## **ATTESTATION**

I, Scott R. Raber, attest that concurrence in the filing of this Stipulation to Extend Time to Respond to Complaint by Parties and Counsel has been obtained from the signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of March, 2021, in San Francisco, California.

By:  */s/ Scott R. Raber*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2021 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

/s/ Scott R. Raber
Scott R. Raber