1  Scott R. Raber (SBN 194924)
2  scott.raber@rimonlaw.com
   Matthew H. Poppe (SBN 177854)
3  matthew.poppe@rimonlaw.com
   RIMON, P.C.
4  800 Oak Grove Avenue, Suite 250
   Menlo Park, CA  94025
5  Telephone:  415.693.9208
6  *Attorneys for Defendant*
   **SIMON LANCASTER**

7

8                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12

| | |
|---|---|
| 13  APPLE INC., a California corporation, | CASE NO.: 3:21-cv-01707-EMC |
| 14                    Plaintiff, | **DEFENDANT SIMON LANCASTER'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [FED. R. CIV. P. 7.1] [N.D. CAL. CIV. L.R. 3-15]** |
| 15      v. | |
| 16  SIMON LANCASTER, an individual, | |
| 17                    Defendant. | Hon. Edward M. Chen |
| 18 | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned counsel of record for Simon Lancaster certifies that Simon Lancaster is an individual and is not aware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that may have a pecuniary interest in the outcome of this case, other than the Plaintiff and Defendant in this case.

Dated: May 3, 2021

**RIMON, P.C.**

*/s/ Scott R. Raber*
Scott R. Raber (SBN 194924)
scott.raber@rimonlaw.com
Matthew H. Poppe (SBN 177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
800 Oak Grove Avenue, Suite 250
Menlo Park, CA  94025
Telephone:    415.693.9208

***Attorneys for Defendant***
***SIMON LANCASTER***

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

*/s/ Scott R. Raber*
Scott R. Raber