1  Scott R. Raber (SBN 194924)
   scott.raber@rimonlaw.com
2  RIMON, P.C.
   423 Washington Street, Suite 600
3  San Francisco, CA  94111
4  Telephone:  415.693.9208
   *Attorneys for Defendant*
5  **SIMON LANCASTER**

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 | APPLE INC., a California corporation, | CASE NO.: 3:21-cv-01707-EMC |
12 |                                        |                              |
   |              Plaintiff,                | **NOTICE OF CHANGE OF ADDRESS** |
13 |                                        |                              |
14 |         v.                             |                              |
   | SIMON LANCASTER, an individual,        | Hon. Edward M. Chen          |
15 |                                        |                              |
16 |              Defendant.                |                              |

17

18

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Scott R. Raber of RIMON, P.C. – counsel for Defendant SIMON LANCASTER– has changed office addresses.  The new address is:

Scott R. Raber
scott.raber@rimonlaw.com
RIMON P.C.
423 Washington Street, Suite 600
San Francisco, CA  94111
Telephone:     (415) 693.9208

Please update your service list and records accordingly.

Dated: July 7, 2021                                                  RIMON, P.C.

                                                                               */s/ Scott R. Raber*
                                                                               Scott R. Raber
                                                                               ***Attorneys for Defendant,***
                                                                               **SIMON LANCASTER**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2021 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

/s/ Scott R. Raber
Scott R. Raber