UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                                  Plaintiff(s)<br>v.<br><br>SIMON LANCASTER, an individual,<br>                                  Defendant(s) | CASE No C  3:21-cv-01707-EMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
  Private Mediation; JAMS

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: 30 days after fact discovery

Date: August 12, 2021        /s/ David R. Eberhart
                             Attorney for Plaintiff

Date: August 12, 2021        /s/ Scott Raber
                             Attorney for Defendant

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:
                             _____
                             U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: August 12, 2021                                      /s/ David R. Eberhart
                                                                      David R. Eberhart