**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** August 17, 2021          **Time:** 2:58 - 3:08 =          **Judge:** EDWARD M. CHEN
                                         10 Minutes

**Case No.:** 21-cv-01707-EMC          **Case Name:** Apple Inc. v. Lancaster

**Attorney for Plaintiff:** David Eberhart
**Attorney for Defendant:** Scott Raber

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Ruth Ekhaus

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Initial Case Management Conference held.

**SUMMARY**

Parties stated appearances.

Initial disclosures have been exchanged.  Preliminary discovery provided.

ADR: Parties opt for private mediation with deadline 30 days after completion of Fact Discovery.
Court granted.

Court set jury trial for **August 8, 2022**.  Fact Discovery will be advanced from parties' proposed
date by 2 weeks.  Expert Discovery will be extended by two weeks to give parties more time to
mediate prior to commencement of expert disclosure and discovery.

Scheduling Order to issue.

**Further Status Conference set 1/11/2022 at 2:30PM.  Joint Status Report due 1/4/2022.**