Scott R. Raber (SBN 194924)
scott.raber@rimonlaw.com
Matthew H. Poppe (SBN 177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
423 Washington Street, Suite 600
San Francisco, CA  94111
Telephone:  415.693.9208
*Attorneys for Defendant*
**SIMON LANCASTER**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMON LANCASTER, an individual,<br><br>Defendant. | CASE NO.: 3:21-cv-01707-EMC<br><br>**DECLARATION OF SCOTT R. RABER IN SUPPORT OF DEFENDANT SIMON LANCASTER'S MOTION TO STAY THIS ACTION PENDING RESOLUTION OF THE RELATED CRIMINAL CASE**<br><br>Date:   November 18, 2021<br>Time:   1:30 p.m.<br>Dept.:  Courtroom 5<br>Judge:  The Hon. Edward M. Chen |

I, Scott R. Raber, declare as follows:

1. I am a partner with Rimon P.C., counsel for Defendant Simon Lancaster ("Defendant" or "Lancaster") in this matter. I submit this declaration in support of Lancaster's Motion to Stay This Action Pending Resolution of Related Criminal Case.  I have personal knowledge of the following facts, and if called upon as a witness, I could and would testify competently thereto.

2. Apple Inc. ("Apple") filed its Complaint (Dkt. 1) against Lancaster on March 11, 2021. The Complaint alleges violations of the Defend Trade Secrets Act, 18 U.S.C. § 1836 *et seq.*; the California Uniform Trade Secrets Act, Cal. Civ. Code § 3426, *et seq.*, and breach of contract.

3. The parties in this case exchanged their initial disclosures on August 12, 2021. As part of early, informal attempts to exchange information and resolve this matter, Lancaster also produced a forensic image of his Apple iCloud account to Apple on July 21, 2021.

4. This Court held its initial case management conference on August 17, 2021.

5. The following day, August 18, 2021, I received a call from Russell Chubon, who identified himself as an investigator with the Santa Clara County District Attorney's Office. In our call, he did not state his reason for calling, and I provided him with the contact information for Lancaster's criminal defense counsel, Daniel Olmos.

6. On September 9, 2021, I received notice that Detective Chubon's office had previously executed search warrants with respect to alleged trade secret theft. This was the first notice that Lancaster or his legal team had of these warrants.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of October 2021 in San Francisco, California.

*/s/ Scott R. Raber*
Scott R. Raber

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021 the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

/s/ Scott R. Raber
Scott R. Raber