# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>ZOOM CIVIL MINUTE ORDER</u>

| **Case No.:** 21-cv-01707-EMC (JCS) | **Case Name:** Apple Inc. v. Lancaster | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: October 29, 2021 | **Time:** 7 M (11:30-11:37) |

**Attorney for Plaintiff:** David Eberhart
**Attorney for Defendant:** Scott Raber

**Deputy Clerk:** Karen Hom    **Court Reporter:** Katherine Sullivan

## <u>ZOOM WEBINAR PROCEEDINGS</u>

1. Discovery Hearing re: Discovery Letter Brief to Compel Mr. Lancaster to produce responsive documents [dkt 36] – Granted in part, denied in part

## <u>ORDERED AFTER HEARING</u>

Defendant shall complete production of documents to Apple's First Request for Production within seven (7) days of any denial or lifting of the STAY.