# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

**Date:** March 8, 2022     **Time:** 7 minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 21-cv-01707-EMC     **Case Name:** Apple Inc. v. Lancaster

**Attorney for Plaintiff:** David Eberhart

**Attorneys for Defendant:** Scott Raber and Daniel Olmos (Plaintiff's Criminal Attorney)

**Deputy Clerk:** Vicky Ayala     **Zoom Webinar Time:** 3:21-3:28

## PROCEEDINGS

Status Conference - held

## SUMMARY

Parties stated appearances.

Defendant's criminal defense attorney stated he is discussing defendant's criminal case with the District Attorney. Parties are trying to reach a resolution by the end of April.

Plaintiff requested the stay not be lifted until the end of April; defendant agreed so long as there is no further extension. The Court will lift the stay on 4/30/2022.

**Further Status Conference set for 5/31/2022, at 2:30 p.m.** Joint status report **due by 5/24/2022. Trial date set for 3/20/2023.** Parties are to submit a stipulated trial schedule.