DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
ANDREW M. LEVAD (S.B. #313610)
alevad@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:   +1 415 984 8701

Attorneys for Plaintiff
APPLE INC.

SCOTT R. RABER (S.B. #194924)
scott.raber@rimonlaw.com
MATTHEW POPPE (S.B. #177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: 415.693.9208

Attorneys for Defendant
SIMON LANCASTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                         Plaintiff,<br><br>          v.<br><br>SIMON LANCASTER, an individual,<br><br>                         Defendant. | Case No. 3:21-cv-01707-EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CASE<br>SCHEDULE** |

1    Pursuant to the Court's Order (Dkt. 51), the parties hereby submit a joint stipulated trial
2 schedule.
3    WHEREAS, on November 18, 2021, this Court entered a 60-day limited stay of this case
4 (Dkt. 41);
5    WHEREAS, on January 26, 2022, this Court continued the limited stay until March 8,
6 2022 (Dkt. 48);
7    WHEREAS, on March 8, 2022, this Court continued the limited stay until April 30, 2022
8 and ordered that there would be no further extensions of the stay (Dkt. 51);
9    WHEREAS, this Court ordered the parties to submit a stipulated trial schedule and set a
10 new trial date of March 20, 2023 (Dkt. 51);
11    NOW, THEREFORE, the parties, by and through their respective counsel, hereby
12 stipulate to and respectfully request that the Court order the following modifications to the case
13 management and pretrial dates:

| EVENT | CURRENT DATE/ DEADLINE | JOINT PROPOSED SCHEDULE |
|---|---|---|
| Stay Lifted | March 8, 2022 | April 30, 2022 |
| Mr. Lancaster to produce documents responsive to Apple's First Requests for Production | March 15, 2022 | May 7, 2022 |
| Fact Discovery Cutoff | January 20, 2022 | September 15, 2022 |
| Exchange Opening Expert Reports | February 17, 2022 | September 29, 2022 |
| Exchange Rebuttal Expert Reports | March 10, 2022 | October 20, 2022 |
| File Dispositive Motions | March 24, 2022 | October 27, 2022 |
| Expert Discovery Cutoff | March 31, 2022 | November 10, 2022 |
| Last Day to Hear Dispositive Motions | April 28, 2022 | December 15, 2022 |
| M&C re Pretrial Conference Deadline | May 31, 2022 | January 10, 2023 |
| Serve Motions in Limine on Opposing Party | June 10, 2022 | January 20, 2023 |

| Serve Oppositions to Motions in Limine | June 17, 2022 | January 27, 2023 |
| --- | --- | --- |
| Joint Pretrial Conference Statement | June 21, 2022 | January 31, 2023 |
| Pretrial Conference | July 12, 2022 | February 21, 2023 |
| Trial | August 8, 2022 | March 20, 2023 |

Dated:    April 19, 2022               **O'MELVENY & MYERS LLP**

*/s/ David R. Eberhart*
David R. Eberhart
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-mail: deberhart@omm.com

*Attorneys for Plaintiff Apple Inc.*

Dated:    April 19, 2022               **RIMON, P.C.**

*/s/ Scott R. Raber*
Scott R. Raber
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: (415) 693-9208
Email: scott.raber@rimonlaw.com

*Attorneys for Defendant Simon Lancaster*

3

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
CASE NO. 3:21-CV-01707-EMC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: April 19, 2022         */s/ David R. Eberhart*
                                             David R. Eberhart

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 19, 2022

Hon. Edward M. Chen
United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE SCHEDULE
CASE NO. 3:21-CV-01707-EMC

4