DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
ANDREW M. LEVAD (S.B. #313610)
alevad@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:  +1 415 984 8700
Facsimile:  +1 415 984 8701

Attorneys for Plaintiff
APPLE INC.

SCOTT R. RABER (S.B. #194924)
scott.raber@rimonlaw.com
MATTHEW POPPE (S.B. #177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: 415.693.9208

Attorneys for Defendant
SIMON LANCASTER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>SIMON LANCASTER, an individual,<br><br>             Defendant. | Case No. 3:21-cv-01707-EMC<br><br>**JOINT STATUS REPORT**<br><br>DATE:    May 31, 2022<br>TIME:    2:30 p.m.<br>JUDGE:  Hon. Edward M. Chen |

1   Pursuant to the Court's Order (Dkt. 51), Plaintiff Apple Inc. and Defendant Simon
2   Lancaster respectfully submit this Joint Status Report.
3   The parties are engaged in discovery.  Defendant produced documents responsive to
4   Apple's first set of requests for production on May 6, 2022 and May 13, 2022.  Apple produced a
5   second set of documents responsive to Defendant's first set of requests for production on May 16,
6   2022.
7   The parties anticipate that they will be able to complete fact and expert discovery on the
8   schedule currently set by the Court.

| | | |
|---|---|---|
| 1 | Dated: May 24, 2022 | **O'MELVENY & MYERS LLP** |
| 2 | | */s/ David R. Eberhart* |
| 3 | | David R. Eberhart<br>Two Embarcadero Center, 28th Floor |
| 4 | | San Francisco, CA 94111<br>Telephone: (415) 984-8700 |
| 5 | | Facsimile: (415) 984-8701<br>E-mail: deberhart@omm.com |
| 6 | | *Attorneys for Plaintiff Apple Inc.* |
| 7 | | |
| 8 | Dated: May 24, 2022 | **RIMON, P.C.** |
| 9 | | */s/ Scott R. Raber* |
| 10 | | Scott R. Raber<br>423 Washington Street, Suite 600 |
| 11 | | San Francisco, CA 94111<br>Telephone: (415) 693-9208 |
| 12 | | Email: scott.raber@rimonlaw.com |
| 13 | | *Attorneys for Defendant Simon Lancaster* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: May 24, 2022                                             /s/ David R. Eberhart
                                                                David R. Eberhart