1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  ANDREW M. LEVAD (S.B. #313610)
   alevad@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center
5  28th Floor
   San Francisco, California 94111-3823
6  Telephone:    +1 415 984 8700
   Facsimile:    +1 415 984 8701
7
   Attorneys for Plaintiff
8  APPLE INC.

   SCOTT R. RABER (S.B. #194924)
   scott.raber@rimonlaw.com
   MATTHEW POPPE (S.B. #177854)
   matthew.poppe@rimonlaw.com
   RIMON, P.C.
   423 Washington Street, Suite 600
   San Francisco, CA 94111
   Telephone: 415.693.9208

   Attorneys for Defendant
   SIMON LANCASTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 3:21-cv-01707-EMC |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | DATE: July 26, 2022<br>TIME: 2:30 p.m. |
| SIMON LANCASTER, an individual, | JUDGE: Hon. Edward M. Chen |
| Defendant. | |

1 | Pursuant to the Court's Order (Dkt. 55), Plaintiff Apple Inc. and Defendant Simon
2 | Lancaster respectfully submit this Joint Status Report.
3 |     The parties are engaged in discovery. Defendant produced documents responsive to
4 | Apple's first set of requests for production on May 6, 2022, May 13, 2022, and June 1, 2022.
5 | Defendant supplemented these productions on June 30, 2022 and July 1, 2022. The parties are
6 | meeting and conferring regarding the adequacy of the metadata provided with Defendant's
7 | supplemental productions from June 30, 2022 and July 1, 2022. Apple produced a second set of
8 | documents responsive to Defendant's first set of requests for production on May 16, 2022. This
9 | supplemented Apple's production on November 18, 2021. The parties have agreed that Defendant
10 | will appear for his deposition on August 11, 2022. Defendant anticipates taking one or more
11 | depositions of Apple representatives.
12 |     The parties anticipate at this time that they will be able to complete fact and expert
13 | discovery on the schedule currently set by the Court.

| | | |
|---|---|---|
| 1 | Dated: July 19, 2022 | **O'MELVENY & MYERS LLP** |
| 2 | | */s/ David R. Eberhart* |
| 3 | | David R. Eberhart<br>Two Embarcadero Center, 28th Floor |
| 4 | | San Francisco, CA 94111<br>Telephone: (415) 984-8700 |
| 5 | | Facsimile: (415) 984-8701<br>E-mail: deberhart@omm.com |
| 6 | | *Attorneys for Plaintiff Apple Inc.* |
| 7 | | |
| 8 | Dated: July 19, 2022 | **RIMON, P.C.** |
| 9 | | */s/ Scott R. Raber* |
| 10 | | Scott R. Raber<br>423 Washington Street, Suite 600 |
| 11 | | San Francisco, CA 94111<br>Telephone: (415) 693-9208 |
| 12 | | Email: scott.raber@rimonlaw.com |
| 13 | | *Attorneys for Defendant Simon Lancaster* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: July 19, 2022                                  */s/ David R. Eberhart*
                                                      David R. Eberhart