1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  ANDREW M. LEVAD (S.B. #313610)
   alevad@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center
5  28th Floor
   San Francisco, California 94111-3823
6  Telephone:    +1 415 984 8700
   Facsimile:    +1 415 984 8701
7
   Attorneys for Plaintiff
8  APPLE INC.

   SCOTT R. RABER (S.B. #194924)
   scott.raber@rimonlaw.com
   MATTHEW POPPE (S.B. #177854)
   matthew.poppe@rimonlaw.com
   RIMON, P.C.
   423 Washington Street, Suite 600
   San Francisco, CA 94111
   Telephone: 415.693.9208

   Attorneys for Defendant
   SIMON LANCASTER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 3:21-cv-01707-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL AND INJUNCTION** |
| v. | |
| SIMON LANCASTER, an individual, | |
| Defendant. | |

Plaintiff Apple Inc. ("Apple") and Defendant Simon Lancaster ("Defendant" or "Lancaster"), by and through their attorneys of record, stipulate as follows:

WHEREAS, Apple sued Lancaster on March 11, 2021, in the above-captioned case, asserting claims for (a) violations of the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq.*, (b) violations of the California Uniform Trade Secrets Act, California Civil Code § 3426, *et seq.*, and (c) breach of written contract;

WHEREAS, Apple and Lancaster have reached an agreement to resolve this matter, which includes a monetary payment by Lancaster to Apple and the dismissal of the claims in this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

WHEREAS, that agreement contemplates the entry by this Court of a stipulated injunction, the terms of which are detailed below and which relates to the treatment of Apple's "Confidential Information," which for purposes of this Stipulated Injunction means Apple's proprietary and/or non-public[1] information, including but not limited to know-how, trade secrets, technical and engineering data and information, confidential business information, personnel information, information about upcoming or unreleased Apple products, and information about changes to existing Apple products;

WHEREAS, Lancaster, as the party to be restrained by this stipulated injunction, agrees to the terms set forth herein;

NOW, THEREFORE, it is hereby STIPULATED by and between Apple and Lancaster (collectively, the "Parties" and each individually a "Party") and hereby ORDERED by this Court that:

1. The claims in the above-captioned case are hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. Lancaster is ENJOINED from disclosing, communicating, transferring, discussing, or using any Confidential Information, in any form, without Apple's express prior written authorization. The prohibitions contained within this paragraph include, but

---

[1] As used in the definition of "Confidential Information" herein, information that was not publicly disclosed but that Lancaster disclosed and since became public is considered "non-public."

are not limited to, (a) communicating or selling any Confidential Information to any third parties or to any Apple personnel; (b) making copies of any Confidential Information, whether electronically or by other means; (c) transferring any Confidential Information to any other storage media, computer, server, facility, device, or other tangible or intangible thing where such information might be stored; and (d) providing or offering to provide to any third parties or to any Apple personnel any good or service that incorporates any Confidential Information; and

3. This Court shall retain exclusive and continuing jurisdiction over the Parties for purposes of enforcing and adjudicating any violations of this Stipulated Injunction.

PURSUANT TO STIPULATION, IT IS SO ORDERED this ____ day of _____, 2022.

_____
The Honorable Edward M. Chen

1 | Dated: October 31, 2022 | **O'MELVENY & MYERS LLP**

*/s/ David R. Eberhart*
David R. Eberhart
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-mail: deberhart@omm.com

*Attorneys for Plaintiff Apple Inc.*

8 | Dated: October 31, 2022 | **RIMON, P.C.**

*/s/ Scott R. Raber*
Scott R. Raber
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: (415) 693-9208
Email: scott.raber@rimonlaw.com

*Attorneys for Defendant Simon Lancaster*

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in |
| 3 | the filing of this document has been obtained from the other party signatories. |
| 4 | Dated: October 31, 2022            */s/ David R. Eberhart* |
|   |                                                                David R. Eberhart |