DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
ANDREW M. LEVAD (S.B. #313610)
alevad@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:     +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Plaintiff
APPLE INC.

SCOTT R. RABER (S.B. #194924)
scott.raber@rimonlaw.com
MATTHEW POPPE (S.B. #177854)
matthew.poppe@rimonlaw.com
RIMON, P.C.
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: 415.693.9208

Attorneys for Defendant
SIMON LANCASTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>SIMON LANCASTER, an individual,<br><br>        Defendant. | Case No. 3:21-cv-01707-EMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING DISMISSAL**<br>**AND INJUNCTION** |

Plaintiff Apple Inc. ("Apple") and Defendant Simon Lancaster ("Defendant" or "Lancaster"), by and through their attorneys of record, stipulate as follows:

WHEREAS, Apple sued Lancaster on March 11, 2021, in the above-captioned case, asserting claims for (a) violations of the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq.*, (b) violations of the California Uniform Trade Secrets Act, California Civil Code § 3426, *et seq.*, and (c) breach of written contract;

WHEREAS, Apple and Lancaster have reached an agreement to resolve this matter, which includes a monetary payment by Lancaster to Apple and the dismissal of the claims in this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

WHEREAS, that agreement contemplates the entry by this Court of a stipulated injunction, the terms of which are detailed below and which relates to the treatment of Apple's "Confidential Information," which for purposes of this Stipulated Injunction means Apple's proprietary and/or non-public[1] information, including but not limited to know-how, trade secrets, technical and engineering data and information, confidential business information, personnel information, information about upcoming or unreleased Apple products, and information about changes to existing Apple products;

WHEREAS, Lancaster, as the party to be restrained by this stipulated injunction, agrees to the terms set forth herein;

NOW, THEREFORE, it is hereby STIPULATED by and between Apple and Lancaster (collectively, the "Parties" and each individually a "Party") and hereby ORDERED by this Court that:

1. The claims in the above-captioned case are hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. Lancaster is ENJOINED from disclosing, communicating, transferring, discussing, or using any Confidential Information, in any form, without Apple's express prior written authorization. The prohibitions contained within this paragraph include, but

---

[1] As used in the definition of "Confidential Information" herein, information that was not publicly disclosed but that Lancaster disclosed and since became public is considered "non-public."

1  are not limited to, (a) communicating or selling any Confidential Information to any
2  third parties or to any Apple personnel; (b) making copies of any Confidential
3  Information, whether electronically or by other means; (c) transferring any
4  Confidential Information to any other storage media, computer, server, facility,
5  device, or other tangible or intangible thing where such information might be stored;
6  and (d) providing or offering to provide to any third parties or to any Apple
7  personnel any good or service that incorporates any Confidential Information; and
8  3. This Court shall retain exclusive and continuing jurisdiction over the Parties for
9  purposes of enforcing and adjudicating any violations of this Stipulated Injunction.

11  PURSUANT TO STIPULATION, IT IS SO ORDERED this  1st  day of  November  ,
12  2022.

_____
The Honorable Edward M. Chen

Dated: October 31, 2022        **O'MELVENY & MYERS LLP**

*/s/ David R. Eberhart*
David R. Eberhart
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-mail: deberhart@omm.com

*Attorneys for Plaintiff Apple Inc.*

Dated: October 31, 2022        **RIMON, P.C.**

*/s/ Scott R. Raber*
Scott R. Raber
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: (415) 693-9208
Email: scott.raber@rimonlaw.com

*Attorneys for Defendant Simon Lancaster*